**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERTO VARGAS PEREZ,
Petitioner,

vs.

THE SIXTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
PERSHING; AND THE HONORABLE
RICHARD WAGNER, DISTRICT
JUDGE,
Respondents,

and

THE STATE OF NEVADA,
Real Party in Interest.

No. 66980

**FILED**

DEC 1 2 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is a proper person petition for a writ of mandamus and motion for attorney general opinion. Petitioner challenges the district court's decision to not appoint counsel or hold an evidentiary hearing in the proceedings below. Petitioner also requests that the attorney general file an opinion regarding the underlying issues raised in the proceedings below. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise original jurisdiction. *See* NRS 34.160; NRS 34.170. Accordingly, we

ORDER the petition DENIED.

_____ , C.J.
Gibbons

_____ , J.
Pickering

_____ , J.
Saitta

14-40563

cc: Hon. Richard Wagner, District Judge
Roberto Vargas Perez
Attorney General/Carson City
Pershing County District Attorney
Pershing County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A